**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-2745

---

MARVIN CRIGGER,

Plaintiff - Appellant,

versus

TRUSTEES OF THE UNITED MINE WORKERS HEALTH &
RETIREMENT FUNDS,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (CA-98-79)

---

Submitted: April 30, 1999          Decided: May 21, 1999

---

Before WILKINS and TRAXLER, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John M. Lamie, BROWNING, LAMIE & SHARP, P.C., Abingdon, Virginia, for Appellant. Glenda S. Finch, Deputy General Counsel, Christopher F. Clarke, Assistant General Counsel, UMWA HEALTH & RETIREMENT FUNDS, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin Crigger appeals the district court's order granting the Appellee's motion for summary judgment in this action arising under Title I of the Employee Retirement Income Security Act of 1974, 29 U.S.C.A. §§ 1001-1168 (West 1994 & Supp. 1998) ("ERISA"). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Crigger v. Trustees UMWA, No. CA-98-79 (W.D. Va. Oct. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED